

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUN 30  PM 4: 17

DEPUTY CLERK_____

| | | |
|---|---|---|
| JESSE LEE DRONES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:15-CV-0069 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision.  On June 11, 2015, the United States Magistrate Judge issued an Report and Recommendation in this cause, recommending therein that the habeas application be dismissed because petitioner is not eligible for mandatory supervised release.  No objections to the Report and Recommendation have been filed as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED.  Accordingly, the application for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2015.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE